PHILLIP A. TALBERT
Acting United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:97-MJ-00367-GGH |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| RAMON MESA, | |
| Defendant. | |

The United States' motion to dismiss without prejudice the underlying UFAP complaint and recall the arrest warrant in the above referenced case, 97-MJ-00367-GGH against defendant RAMON MESA is GRANTED.

DATED:  June 7, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER                                                                 1